IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA,

Plaintiff,

v.   No. 04-MJ-075
04-20254-D

JAMES STAFFORD,

Defendant.

## MOTION TO RESET REPORT DATE

COMES NOW the Defendant, James Stafford, through his Court appointed lawyer, Arthur E. Quinn, and respectfully moves this Court to reset his report date presently set for Friday, August 12, 2005 at 1:15 p.m.

Undersigned counsel respectfully shows the Court that he has a deposition scheduled for that day in St. Louis, Missouri. The deposition had been scheduled prior to this setting. Because it involves coordination with other attorneys, and travel arrangements, it would be extremely difficult to reset the deposition.

Undersigned counsel has consulted with Tony Arvin, Assistant U.S. Attorney and he has no objection to the Defendant's report date being reset.

Undersigned counsel would be glad to advance this report date to August 11 or, in the alternative, reset the report date to August 15, 17, 18, or some other time convenient with the Court.

Undersigned counsel does not think it will be necessary for this Defendant's report date to be set with the rest of the co-defendants.

H:\AEQ\Stafford, James\Motion to Reset Report Date.wpd

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-16-05

**MOTION GRANTED**
DATE: 8/10/2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

WHEREFORE, the Defendant, James Stafford, respectfully request this report date be reset..

Respectfully submitted,
THE BOGATIN LAW FIRM, PLC

Arthur E. Quinn
1661 International Place Drive, Suite 300
Memphis, Tennessee 38120
Telephone: (901) 767-1234

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via first class mail, postage prepaid to Tony Arvin, Assistant U.S. Attorney, 8th Floor, Federal Building, Memphis, TN 38103, on this the ___ day of August, 2004.

Arthur E. Quinn

H:\AEQ\Stafford, James\Motion to Reset Report Date.wpd

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 207 in case 2:04-CR-20254 was distributed by fax, mail, or direct printing on August 16, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Arthur E. Quinn
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Honorable Bernice Donald
US DISTRICT COURT